**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3846

_____

Larry A. Eaton,                        *
                                       *
        Appellant,                     *
                                       *
    v.                                 *
                                       *
Lynne Delano, formerly the Secretary                    *
of Corrections, State of South Dakota;                  *
Joseph Class, as the Warden of South                    *
        Appeal from the United States
Dakota State Penitentiary, Sioux Falls;                 *
        District Court for the
Jim Smith, formerly the Warden of                       *
        District of South Dakota.
South Dakota State Correctional                         *
Facility, Springfield; Daryl Slykhuis,                  *
                [UNPUBLISHED]
as the Deputy Superintendent of                         *
Programs; Patty Veatch, employee of                     *
South Dakota State Penitentiary; Doug                   *
Wynia, employee of Springfield                          *
Correctional Facility,        *
                              *
        Appellees.            *

_____

                Submitted:  February 13,
1998

                Filed:    March 27,
1998

_____

Before BOWMAN, WOLLMAN, and MORRIS SHEPPARD ARNOLD,
    Circuit Judges.

_____

PER CURIAM.

Larry A. Eaton appeals from the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action against five South Dakota Department of Corrections employees and a mental health therapist working at the Department of Corrections. Eaton alleged defendants violated his Eighth Amendment and due process rights. Upon review of parties' submissions and briefs, we conclude the allegations in Eaton's complaint are insufficient to state a claim for relief. See Handeen v. LeMaire, 112 F.3d 1339, 1346-47 (8th Cir. 1997) (holding that summary judgment may be affirmed where plaintiff's factual allegations, though unchallenged, fail to state claim for relief). Accordingly we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable John B. Jones, United States District Judge for the District of South Dakota.